

# Fourth Court of Appeals
## San Antonio, Texas

July 24, 2019

No. 04-19-00282-CR

Carlos **GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 548885
The Honorable Michael De Leon, Judge Presiding

# O R D E R

Appellant's court-appointed attorney has filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. Counsel certifies he has served copies of the brief and motion on appellant, and has informed appellant of his right to review the record and file his own brief, and has explained to appellant the procedure for obtaining the record. *See Nichols v. State*, 954 S.W.2d 83, 85 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.). However, the brief is not accompanied by exhibits showing that counsel provided appellant with a form motion for this purpose or a letter explaining appellant's rights. *See Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014).

If the appellant desires to request the appellate record, he must file the motion requesting the record on or before **August 13, 2019**. If appellant desires to file a *pro se* brief, he must do so on or before **September 12, 2019**. *See Bruns*, 924 S.W.2d at 177 n.1.

The State has filed a notice waiving its right to file a brief in this case unless appellant files a pro se brief. If appellant files a timely pro se brief, the State may file a responsive brief no later than thirty days after appellant's pro se brief is filed in this court.

It is therefore ORDERED that appellant's attorney file the requisite motion and exhibits in this court **no later than 10 days from the date of this order**. We **ORDER** the motion to withdraw filed by appellant's counsel to be **HELD IN ABEYANCE** pending further order of the

court.  *See Penson v. Ohio*, 488 U.S. 75, 80-82 (1988); *Schulman v. State*, 252 S.W.3d 403, 410-11 (Tex. Crim. App. 2008).

_____
Irene Rios, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of July, 2019.



_____
KEITH E. HOTTLE,
Clerk of Court